UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
DEBORAH ROTHSCHILD,

                     Plaintiff,

    -against-

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, MELISSA
AVILES-RAMOS individually and
As Chancellor of the Department of Education
of the City of New York, and KATHERINE RODI
individually and as Director of Employee
Relations and Office of Professional Investigations,

                     Defendant.
---------------------------------X

Case 1:25-cv-01684-ENV-PK

**AFFIDAVIT OF SERVICE**

1. I, the undersigned, affirm, that: I am not a party to the action, am over 18 years of age and reside in New York, New York.

2. On **October 7, 2025,** I served one electronic copy of A Summons, Complaint and Civil Cover Service was made via electronic mailing on the following person at the following address:

    New York City Law Department
    C/O Katherine Rodi, individually and as Director of Employee Relations and Office of
    Public Relations
    100 Church Street
    New York, New York 10007
    ServiceECF@law.nyc.com

Sworn to me and subscribed before me on
October 7, 2025

STEWART LEE KARLIN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02KAE233825
COMM. EXP. 23/15/2026

_____
**Notary**

_____
**Valerie Rodriguez**

 Gmail                                    Valerie Rodriguez <valerie@stewartkarlin.com>

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                    Tue, Oct 7, 2025 at 3:20 PM
To: Valerie Rodriguez <valerie@stewartkarlin.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.